# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Chad James Flynn

**SUMMONS IN A CIVIL CASE**

CASE NUMBER

C 07 3955

v.

PFIZER, INC., et al.

CRB

TO: (Name and address of defendant)

| | |
|---|---|
| Pfizer, Inc. | Monsanto Company |
| G.D. Searle LLC | c/o CSC – Lawyers Incorporating Service |
| Pharmacia Corporation | P. O. Box 526036 |
| c/o CT Services Corporation | Sacramento, CA 95852-6036 |
| 818 West 7th Street | |
| Los Angeles, CA 90017 | |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald B. Taylor, Jr. (TAY026)
Navan Ward, Jr. (WAR062)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone

an answer to the complaint which is herewith served upon you, within ᶻᵒ   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG _1 2007

AUG 2 0 2007

Richard W. Wieking
CLERK                                    DATE_____

(BY) DEPUTY CLERK

ANNA SPRINKLES

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | 8/16/07 |
| Name of SERVER Amy M. Hardeman | TITLE | Legal Secretary |

| Check one box below to indicate appropriate method of service |
|---|

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
       Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☒     Other (specify): certified mail

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/13/07
           Date

               Amy M. Hardeman
               Signature of Server

               P.O. Box 4160, Mont. al 36104-4160
               Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



2. Article Number

7160 3901 9841 0841 9340

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature

X    APRIL GUSS    AUG 1 3 2007

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

Monsanto Company
c/o CSC- Lawyers Incorporating Service
P.O. Box 526036
Sacramento, CA 95852-6036

PS Form 3811, February 2002    Domestic Return Receipt